Frank Pacino
Post Office Box 436
Ukiah, California 95482
(707) 234-7201
fpac422@lasierra.edu

**PLAINTIFF, IN PROPRIA PERSONA**



FILED

NOV 08 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EDL

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. **18    6786**

FRANK PACINO,

        Plaintiff,

vs.

LUIS OLIVER, and;
JESSICA HOAGLEN-OLIVER,
        Defendants

**COMPLAINT FOR STATUTORY
TRESPASS; COMMON LAW
TRESPASS; NUISANCE, TRESPASS
TO TIMBER, CONVERSION;
COMMON COUNTS-MONEY HAD
AND RECEIVED; INJUNCTIVE
RELIEF; EQUITABLE RELIEF AND
DAMAGES**

Plaintiff Frank Pacino, an heir of the Richard Willits Allotment No. RV-540 621, alleges:

## NATURE OF THE COMPLAINT

FRANK PACINO ("Plaintiff") brings this civil action against LUIS OLIVER and

JESSICA HOAGLEN-OLIVER (collectively referred to as "Defendants") to obtain an

appropriate remedy for Defendants' unlawful trespass and ongoing possession of Indian

Allotment Lands under 25 C.F.R. part 162.106(a) and 163.29; other Federal laws and state

common law trespass statutes and state law causes of action for Defendants' willful trespass to

Indian Allotment Lands.

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE,
TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED;
INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

1

**JURISDICTION**

1. This Court has jurisdiction pursuant to 28 U.S.C. §1331 in that the action arises under the Constitution, laws and regulations of the United States.

2. This Court has jurisdiction pursuant to 25 U.S.C. §1353 because the action involves the rights of plaintiff to allotments of Indian land.

3. This Court has jurisdiction pursuant to 25 U.S.C. §345 because plaintiff claims to be entitled to allotments and other parcels of land granted to them pursuant to Congressional Acts.

4. The Court has jurisdiction over the pendant state law claims pursuant to 28 U.S.C. §1367 because these claims are so related to the federal claims that they are part of the same case or controversy under Article III of the United States Constitution.

**VENUE**

5. Venue is proper in the Northern District of California pursuant to 28 U.S.C. §1391 because the Plaintiff resides, his claim arose, and some of the land affected by this action is located in this District, and the Defendants are subject to suit in this District.

**PARTIES**

6. Plaintiff Frank Pacino, a person of Native American descent, is a tribal citizen of the Round Valley Indian Tribes at Covelo, California, and holds an interest in trust lands located in Mendocino County, California, known as the "Richard Willits Allotment", also known as ("aka") RV-540 621 ("Allotment").

7. Defendant Luis Oliver ("OLIVER"), a person of Native American descent, is a tribal citizen of the Round Valley Indian Tribes at Covelo, California. Plaintiff is informed and believes and on that basis alleges, that OLIVER holds no interest or expectancy in the Allotment, entered the Allotment unlawfully and has continued to reside on the Allotment lands without the

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE, TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED; INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

consent of Plaintiff.

8.  Defendant Jessica Hoaglen-Oliver ("HOAGLEN-OLIVER"), a person of Native American descent, is a non-Tribal citizen of the Round Valley Indian Tribes at Covelo, California.  Plaintiff is informed and believes and on that basis alleges, that HOAGLEN-OLIVER holds no interest or expectancy in the Allotment, entered the Allotment unlawfully and has continued to reside on the Allotment lands without the consent of the Plaintiff.

## FACTUAL ALLEGATIONS

9.  Richard Willits Allotment, RV-540 621 "...is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, ...." (See Exhibit "A" attached, p.1).

10.  Plaintiff acquired his interest in the Allotment from his great-great aunt, Ida Soares (Willits) as a result of an Indian probate action in or about 2005, and; possesses 7.86300505 percent interest in the Allotment.  (See Exhibit "A" attached, p.6).

11.  In July 2016, Plaintiff discovered that Defendants had illegally entered the Allotment, had put the Allotment to their own personal uses which include, but which are not limited to, providing housing for themselves and relatives, storage of damaged and/or non-operable vehicles, storage of miscellaneous personal items and the damaging or cutting of timber, all without Plaintiff's consent.

12.  Plaintiff requested information on the Allotment from the Bureau, and discovered  that on December 7, 2017, the Bureau wrote a CEASE AND DESIST ORDER to the Defendants. Defendants were notified that: "A Review of our records indicates there are no approved Residential Leases on the allotment, which means no one is authorized to live on the allotment. .... Unless an individual is in possession of an approved residential/homesite lease, their

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE, TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED; INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

occupancy is illegal, without proper consent, and is subject to compensation to all co-owners for their use and occupancy." (See Exhibit "B" attached).

13. Plaintiff received from Debra Pagal-Saulque a copy of a letter dated July 9, 2018 from Bureau of Indian Affairs, Superintendent Troy Burdick in response to Pagal-Saulque's inquiry regarding the Allotment. Superintendent Burdick responded that an examination of the Allotment in the Bureau's system of record (TAAMS) found no current residential leases, and: "...that no one, including current co-owners, is authorized to live on these tracts, and those that are, are in trespass." (See Exhibit "C" attached).

14. The letter from Luis Oliver stamped Filed May 18, 2018 by Clerk of the Court, Round Valley Tribal Court, Defendant OLIVER wrote: "ME, MY DAD, MY WIFE AND KIDS, AS WELL AS MY STEP-MOTHER HAVE BEEN LIVING ON OUR ALLOTED (sic) LAND FOR OVER A DECADE NOW AND STILL RESIDE THERE TO THIS DAY." (See Exhibit "D" attached).

## FIRST CAUSE OF ACTION

### [Federal Statutory Trespass to Allotment Land
### 25 C.F.R. §162.106(a) and 163.29]

15. Plaintiff incorporates by reference all allegations contained in Paragraphs 9-14 of this Complaint as thoroughly set forth herein at length.

16. Defendants' entry and continued use of the Allotment lands in absence of the consent of Plaintiff is an illegal interference with the interests of Plaintiff and is therefore in violation of Federal Indian Allotment Trespass Statutes, specifically, 25 C.F.R. §162.106(a) and 163.29

17. As a direct and proximate cause of Defendants' continuing trespass, Plaintiff has suffered damages in an amount to be determined at trial. Further, as a direct result of the

trespass, Plaintiff is entitled to injunctive relief and or any other equitable relief the court deems just and proper.

## SECOND CAUSE OF ACTION

### [Common Law Trespass]

18. Plaintiff incorporate by reference all allegations contained in Paragraphs 9-14 of this Complaint as though fully set forth herein at length.

19. Defendants' illegal entry and continued illegal use of the Allotment in the absence of the proper consent is an illegal interference with the Plaintiff's interest in the Allotment and is therefore considered common law Trespass to Land under California Law.

20. As a direct and proximate cause of Defendants' continuing trespass, Plaintiff has suffered damages in an amount to be determined at trial. Further, as a direct result of the continuing trespass, Plaintiff is entitled to injunctive relief and or any other equitable relief the court deems just and proper.

## THIRD CAUSE OF ACTION

### [Nuisance Civil Code §3481]

21. Plaintiff incorporates by reference all allegations contained in Paragraphs 9-14 of this Complaint as though fully set forth herein at length.

22. Defendants' unreasonable use of the Allotment interferes with the private use and enjoyment of the land by Plaintiff, and as such constitutes a nuisance under California Civil Code §3481.

23. As a direct and proximate cause of Defendants' continuing nuisance, Plaintiff has suffered damages in an amount to be determined at trial. Further, as a direct result of the continuing Nuisance, Plaintiff is entitled to injunctive relief and or any other equitable relief the

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE, TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED; INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

court deems just and proper.

## FOURTH CAUSE OF ACTION

### [Trespass to Timber Civil Code §3346]

24. Plaintiff incorporates by reference all allegations contained in Paragraphs 9-14 of this Complaint as though fully set forth herein at length.

25. In the course of Defendants' reckless, negligent and wrongful trespass onto the Allotment, Defendants damaged and or cut timber located on the Allotment to which they have no interest. Defendants either sold the timber to others or converted it to their own unlawful uses.

26. Plaintiff did not give permission to Defendants to damage or cut timber on the Allotment.

27. As a result of Defendants' trespass to timber, Plaintiff has suffered damages to which Defendants are a substantial factor in causing Plaintiff's harm.

## FIFTH CAUSE OF ACTION

### [Conversion]

28. Plaintiff incorporates by reference all allegations contained in Paragraphs 9-14 of this Complaint as though fully set forth herein at length.

29. Plaintiff alleges that at all times he had an interest and a right to possess the timber on the Allotment and the Defendants wrongfully interfered with Plaintiff's interest and right to possess the timber on the Allotment and Plaintiff did not consent to Defendants' wrongful possession.

30. As a result of Defendants' wrongful conversion of the timber on the Allotment, Plaintiff suffered harm, in an amount to be determined at trial, Defendants being a substantial cause of Plaintiff's harm.

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE, TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED; INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

## SIXTH CAUSE OF ACTION

### [Common Counts-Money Had and Received]

31. Plaintiff incorporates by reference all allegations contained in Paragraphs 9-14 of this Complaint as though fully set forth herein at length.

32. Plaintiff alleges that Defendants owe him money. Defendants illegally cultivated approximately 400 cannabis plants during 2017 on the Allotment. (See Exhibit "E" attached). Using conservative estimates, Plaintiff contends that each of the approximately 400 cannabis plants cultivated yielded approximately 2 pounds of cannabis, and that Defendants sold and received monetary compensation from third parties in the amount of approximately $560,000.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff FRANK PACINO seeks:

1. Compensatory damages for use and destruction of the Allotment lands in an amount to be determined at trial;
2. Federal Statutory Treble damages;
3. Injunctive relief;
4. Equitable relief including a Writ of Ejectment against Defendants to be executed by United States Marshals Service;
5. A trial by jury;
6. Attorney's fees and costs;
7. Payment of all costs associated with the enforcement of the trespass regulations; and
8. Any and all available relief the court deems proper.

Respectfully submitted,

Dated: October 26, 2018

By: _Frank Pacino_

FRANK PACINO

Plaintiff, IN PROPRIA PERSONA

COMPLAINT FOR STATUTORY TRESPASS; COMMON LAW TRESPASS; NUISANCE, TRESPASS TO TIMBER, CONVERSION; COMMON COUNTS-MONEY HAD AND RECEIVED; INJUNCTIVE RELIEF; EQUITABLE RELIEF AND DAMAGES

7

# EXHIBIT LIST

| EXHIBIT | ITEM |
| --- | --- |
| A | United States Department of the Interior, Bureau of Indian Affairs Title Status Report, dtd September 1, 2016 |
| B | United States Department of the Interior, Bureau of Indian Affairs, Central California Agency, CEASE AND DESIST ORDER, dtd December 7, 2017 |
| C | United States Department of the Interior, Bureau of Indian Affairs, Central California Agency letter to Debra L. Pagal-Saulque, dtd July 9, 2018 |
| D | Letter from Luis Oliver stamped FILED May 18, 2018 by Clerk of the Court, Round Valley Tribal Court |
| E | Aerial map of Allotment 540-621 (Richard Willits Allotment) and Allotment 540-622 (Nancy Willits Allotment) |
| F | Agreement between Ida M Soares and Robert Hanover for sale of Old White House on White Ranch for $200 dtd October 30, 1950 |
| G | Bureau of Indian Affairs Individual/Tribal Interests Report All Title Holdings, dtd July 27, 2012 |

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 09/01/2016 10:05:50 AM
Requestor: PEAGLETA Date/Time: 08/23/2017 12:23:18

**Land Legal Description**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 540 | ROUND VALLEY | 621 | SACRAMENTO, CA | PACIFIC REGIONAL OFFICE | CENTRAL CALIFORNIA AGENCY | Both |

| Section | Township | Range | State | County | Meridian | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| 36 | 023.00N | 013.00W | CALIFORNIA | MENDOCINO | Mount Diablo | LOT 17= | 10.000 |

TOTAL TRACT ACRES:                     10.000

**Title Status**

Tract 540 621 is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or for fee simple interests, as listed in Appendix "A" attached to and incorporated in this Title Status Report.

The title to Tract 540 621 is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust, fee.

The tract ownership is encumbered by the title documents as listed on Appendix "B" attached to and incorporated in this Title Status Report.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

**UNCERTIFIED / UNVERIFIED - PUBLIC VERSION**

Appendix "A"

Effective Ownership as of 08/26/2016

| Tribe | Indian or Non-Indian | Title Status | Interest* | Class | Type | NAME IN WHICH ACQUIRED SURNAME/FIRST NAME | FRACTION TRACT AS ACQUIRED | AGGREGATE SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| ROUND VALLEY | Non Ind | Fee | All | Prob Mod | ADIM MOD | GASCON SOTERO Y | 2491 106920 | 28696320 1231718400 | .0232977927 |
| ROUND VALLEY | Non Ind | Fee | All | Prob Ord | INTE | WILLITS JACQUALINE DECEASED 08/27/2007 | 169 21120 | 9856080 1231718400 | .0080018939 |
| ROUND VALLEY | Non Ind | Fee | All | Prob Ord | INTE | CARELLAS WILLIAM | 1 9 | 136857600 1231718400 | .1111111111 |
| POMO (ROBINSON RANCHERIA) - C | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL DARRELL JAMES | 1 72 | 17107200 1231718400 | .0138888889 |
| POMO (ROBINSON RANCHERIA) - C | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL, JR JAMES E | 1 72 | 17107200 1231718400 | .0138888889 |
| POMO (ROBINSON RANCHERIA) - C | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL CARMELA | 1 72 | 17107200 1231718400 | .0138888889 |
| POMO (ROBINSON RANCHERIA) - C | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL MARVIN | 1 72 | 17107200 1231718400 | .0138888889 |
| POMO (POTTER VALLEY RANCHERIA | Indian | Trust | All | Deed-TS | SPEC AUT | ROSALES NORMA MITCHELL | 1 24 | 51321600 1231718400 | .0416666667 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | GONZALES ELEANOR S | 1 54 | 22809600 1231718400 | .0185185185 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | BRIGHAM WESLEY JOHN | 1 54 | 22809600 1231718400 | .0185185185 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | CORR LAN | GARCIA ELEANOR (GOMES) | 1 432 | 2851200 1231718400 | .0023148148 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | CORR LAN | PETERS KAREN L (GUTIERREZ) | 1 432 | 2851200 1231718400 | .0023148148 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | GASCON JESSICA HOPE | 47329 27371520 | 2129805 1231718400 | .0017291331 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | GASCON ANGELA PAULINE | 47329 27371520 | 2129805 1231718400 | .0017291331 |
| ROUND VALLEY - CA | Tribe | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 72 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 124819 25660800 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 47329 27371520 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 2491 95040 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 47329 6842880 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 47329 6842880 | | |

Appendix "A"

Effective Ownership as of 08/26/2016

| Tribe | Indian or Non-Indian | Title Status | Interest* | Class | Type | SURNAME/FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 895 12672 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 47329 27371520 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 895 12672 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | | |
| | | Trust | All | Deed-TS | LBBTN | ROUND VALLEY INDIAN TRIBES | 1 432 | 267775122 1231718400 | .2173996280 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | JDGE ORD | IDICA MARTA JOY PAGAL | 2491 2280960 | | |
| | | Trust | All | Prob Mod | ADJM MOD | IDICA MARTA JOY PAGAL | 2491 427680 | 8519220 1231718400 | .0069165322 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL IRENE | 40 8019 | 6144000 1231718400 | .0049881531 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL, JR REGINALD FLOYD | 2 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL, JR REGINALD FLOYD | 2491 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL, JR REGINALD FLOYD | 1699 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL, JR REGINALD FLOYD | 2491 8553600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL, JR REGINALD FLOYD | 8 8019 | 5991312 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL ROBERT A | 2 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL ROBERT A | 2491 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL ROBERT A | 1699 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL ROBERT A | 2491 8553600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL ROBERT ALLEN | 8 8019 | 5991312 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL RICHARD DALE | 2 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL RICHARD DALE | 2491 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL RICHARD DALE | 1699 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL RICHARD DALE | 2491 8553600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL RICHARD DALE | 8 8019 | 5991312 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL RANDALL C | 2 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL RANDALL C | 2491 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL, SR RANDALL CARMEN | 1699 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL RANDALL C | 2491 8553600 | | |

Appendix "A"

Effective Ownership as of 08/26/2016

| Tribe | Indian or Non-Indian | Title Status | Interest* | Class | Type | SURNAME/FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| | | Trust | All | Prob Ord | INTE | AZBILL | 8 | 5991312 | |
| | | | | | | RANDALL CARMEN | 8019 | 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL | 2 | | |
| | | | | | | BRITTON LEONARD | 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | BRITTON LEONARD | 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL | 1699 | | |
| | | | | | | BRITTON LEONARD | 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | BRITTON LEONARD | 8553600 | | |
| | | Trust | All | Prob Ord | INTE | ASBILL | 8 | 5991312 | |
| | | | | | | BRITTON LEONARD | 8019 | 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL | 2 | | |
| | | | | | | MERCELINE JOYCE | 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | MERCELINE JOYCE | 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL | 1699 | | |
| | | | | | | MERCELINE JOYCE | 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | MERSALENE JOYCE | 8553600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL | 8 | 5991312 | |
| | | | | | | MERCELINE JOYCE | 8019 | 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL | 2 | | |
| | | | | | | KATHERINE HARLINE | 2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | KATHERINE HARLINE | 17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL | 1699 | | |
| | | | | | | KATHERINE HARLINE | 633600 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL | 2491 | | |
| | | | | | | KATHERINE HARLINE | 8553600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL | 8 | 5991312 | |
| | | | | | | KATHERINE HARLINE | 8019 | 1231718400 | .0048641897 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | WILLITS | 1 | | |
| | | | | | | ROBERT ANDERSON | 45 | | |
| | | Trust | All | Prob Mod | AMIN COR | WILLITS | 4 | | |
| | | | | | | ROBERT ANDERSON | 99 | | |
| | | Trust | All | Prob Ord | SPEC AUT | WILLITS | 259 | | |
| | | | | | | ROBERT LLOYD A | 35640 | | |
| | | Trust | All | Prob Mod | JDGE ORD | WILLITS | 2491 | 96850080 | |
| | | | | | | ROBERT LLOYD ANDERSON | 285120 | 1231718400 | .0786300505 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | JDGE ORD | TAYLOR | 2491 | | |
| | | | | | | DEBRA L | 2280960 | | |
| | | Trust | All | Prob Mod | ADIM MOD | TAYLOR | 2491 | 8519220 | |
| | | | | | | DEBRA LEE PAGAL | 427680 | 1231718400 | .0069165322 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | JDGE ORD | PAGAL | 2491 | | |
| | | | | | | DONALD | 2280960 | | |
| | | Trust | All | Prob Mod | ADIM MOD | PAGAL | 2491 | 8519220 | |
| | | | | | | DONALD KENNETH | 427680 | 1231718400 | .0069165322 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | JDGE ORD | INONG | 2491 | | |
| | | | | | | HAROLD | 2280960 | | |
| | | Trust | All | Prob Mod | ADIM MOD | INONG | 2491 | 8519220 | |
| | | | | | | HAROLD EUGENE | 427680 | 1231718400 | .0069165322 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | JDGE ORD | INONG | 2491 | | |
| | | | | | | MIGUEL | 2280960 | | |

Appendix "A"

Effective Ownership as of 08/26/2016

| Tribe | Indian or Non-Indian | Title Status | Interest* | Class | Type | SURNAME/FIRST NAME | FRACTION TRACT AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| | | Trust | All | Prob Mod | ADIM MOD | INONG<br>MIGUEL EDWARD | 2491<br>427680 | 8519220<br>1231718400 | .0069165322 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | ADIM MOD | OLIVER, III<br>JOHN F | 2491<br>95040 | 32283360<br>1231718400 | .0262100168 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Mod | ADIM MOD | OLIVER<br>GARY D | 2491<br>95040 | 32283360<br>1231718400 | .0262100168 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | MCLANE, JR<br>BARNEY | 895<br>6336 | 173988000<br>1231718400 | .1412563132 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | WILLITS<br>KATHLEEN | 169<br>21120 | 9856080<br>1231718400 | .0080018939 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL<br>NATASHA | 1<br>2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL<br>NATASHA | 2491<br>34214400 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL<br>NATASHA | 1699<br>1267200 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL<br>NATASHA | 2491<br>17107200 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL<br>NATASHA | 4<br>8019 | 2995656<br>1231718400 | .0024320949 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | LINCOLN<br>REMA | 1<br>2673 | | |
| | | Trust | All | Prob Mod | JDGE ORD | LINCOLN<br>REMA | 2491<br>34214400 | | |
| | | Trust | All | Prob Ord | INTE | LINCOLN<br>REMA | 1699<br>1267200 | | |
| | | Trust | All | Prob Mod | JDGE ORD | LINCOLN<br>REMA | 2491<br>17107200 | | |
| | | Trust | All | Prob Ord | INTE | LINCOLN<br>REMA | 4<br>8019 | 2995656<br>1231718400 | .0024320949 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL<br>PRAIRIE R | 33073<br>76982400 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL<br>PRAIRIE ROSE | 2<br>8019 | | |
| | | Trust | All | Prob Ord | JDGE ORD | AZBILL<br>PRAIRIE ROSE | 2491<br>51321600 | | |
| | | Trust | All | Prob Ord | INTE | LINCOLN<br>PRARIE ROSE | 1699<br>1900800 | 1997104<br>1231718400 | .0016213967 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | AZBILL<br>FOLEY | 33073<br>76982400 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL<br>FOLEY | 2<br>8019 | | |
| | | Trust | All | Prob Mod | JDGE ORD | AZBILL<br>FOLEY | 2491<br>51321600 | | |
| | | Trust | All | Prob Ord | INTE | AZBILL<br>FOLEY | 1699<br>1900800 | 1997104<br>1231718400 | .0016213967 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | INTE | QUIROZ<br>DEBRA ANN | 33073<br>76982400 | | |
| | | Trust | All | Prob Ord | INTE | QUIROZ<br>DEBRA ANN | 2<br>8019 | | |
| | | Trust | All | Prob Mod | JDGE ORD | QUIROZ<br>DEBRA ANN | 2491<br>51321600 | | |

Appendix "A"

Effective Ownership as of 08/26/2016

| ---- OWNER ---- | | | | - DOCUMENT - | | NAME IN WHICH ACQUIRED | FRACTION TRACT | AGGREGATE SHARE | AGGREGATE |
|---|---|---|---|---|---|---|---|---|---|
| Tribe | Indian or Non-Indian | Title Status | Interest* | Class | Type | SURNAME/FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
| | | Trust | All | Prob Ord | INTE | QUIROZ | 1699 | 1997104 | |
| | | | | | | DEBRA ANN | 1900800 | 1231718400 | .0016213967 |
| ROUND VALLEY - CA | Indian | Trust | All | Prob Ord | TESTATE | PACINO | 2491 | 96850080 | |
| | | | | | | FRANK R | 31680 | 1231718400 | .0786300505 |
| | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL | 1 | 51321600 | |
| | | | | | | IRENE RODRIGUEZ | 24 | 1231718400 | .0416666667 |
| | Indian | Trust | All | Prob Mod | ADIM MOD | MITCHELL | 1 | 17107200 | |
| | | | | | | YVONNE | 72 | 1231718400 | .0138888889 |

* "All" means the equitable beneficial interest and the
  legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1056308400 | |
| | 1231718400 | .8575892023 |
| IN FEE: | 175410000 | |
| | 1231718400 | .1424107977 |
| TOTAL: | 1231718400 | |
| | 1231718400 | 1.0000000000 |

Appendix "B"

Ownership of Tract 540 621 is encumbered by the following:

   NO REALTY DOCUMENTS FOUND

| Type of Encumbrance | Encumbrance Holder | Expiration Date | Document Number | Description and Explanation |
|---|---|---|---|---|
| DEFECT | | | SA172N999 | INVENTORY IS INCORRECT FOR DECEDENT.  A NEW INVENTORY HAS BEEN REQUESTED. |



# United States Department of the Interior

**BUREAU OF INDIAN AFFAIRS**
Central California Agency
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814
DEC 0 7 2017

IN REPLY REFER TO:
Real Estate Services
540-621

## CEASE AND DISIST ORDER

ALL CO-OWNERS, ROUND VALLEY ALLOTMENT NO. 621

Dear Co-owner:

This office has received an allegation that there are individuals living on the allotment known as Round Valley No. 621, Richard Willits, Original Allottee. A review of our records indicates there are no approved Residential Leases on the allotment, which means no one is authorized to live on the allotment. In accordance with *25 CFR 162.012(a)(1) Except in Alaska, the owners of the following percentage of undivided trust or restricted interest in a fractionated tract of Indian land must consent to a lease of that tract:*

| *If the number of owners of the undivided trust or restricted interest in the tract is . .* | *Then the required percentage of the undivided trust or restricted interest is . . .* |
|---|---|
| *(i)    One to five, ……………………* | *90 percent;* |
| *(ii)   Six to ten, …………………….* | *80 percent;* |
| *(iii)  11 to 19, ……………………….* | *60 percent;* |
| *(iv)  20 or more, …………………….* | *Over 50 percent.* |

There are 41 co-owners on the allotment. It is the responsibility of each co-owner of this allotment to maintain oversight of the allotment. Enclosed is a copy of a google earth map showing the existence of structures and debris on the allotment. The individual who is creating waste on the allotment will be sent an additional notice informing them of possible fines and trespass charges. Unless an individual is in possession of an approved residential/homesite lease, their occupancy is illegal, without proper consent, and is subject to compensation to all co-owners for their use and occupancy. Also, enclosed is a copy of the Co-owners Rights and Responsibilities for your information.

If you have any questions in regards to this notice, please contact Kim Yearyean, Realty Officer, at (916) 930-3748.

Sincerely,

Troy Burdick
Superintendent

Enclosures
cc:   Round Valley Indian Tribes
       Round Valley Tribal Police

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – CENTRAL CALIFORNIA AGENCY

## RIGHTS AND RESPONSIBILITIES OF CO-OWNERS
### (Undivided Fractional Interests)

- An owner cannot dictate to his/her co-owners the management of the common property nor can he/she specify where a co-owner can live upon the common property. (Homesite leases or other written agreements which specify certain improvements as being personalty are required to establish or preserve exclusive ownership or possession of specific areas or improvements. Absent a homesite/residential lease, all improvements affixed to the common real property become the real property and belong to all co-owners in proportion to their undivided interest. All Residential/Homesite leases are subject to the provisions of 25 CFR 162.

- Each co-owner (co-tenant) is entitled to share in the possession of the entire property and no one owner can legally exclude another owner from any part of it. This holds true even where one of the co-owners owns a very small fractional interest in the land.

- If a co-owner, or co-owners, is/are excluded from use or possession of the property, he/she/they may seek compensation from the party or parties excluding him/her/them. (Example: If one co-owner is utilizing the entire tract for grazing cattle and does not obtain a permit for use or occupancy of the tract by other co-owners, the excluded co-owners may be entitled to rental.)

- Each co-owner has free access to go on and off the common property. This does not include occupancy or prolonged use.

- Co-owners may request that the land be partitioned so that each party would become a separate owner of a small tract of land which is part of the original allotment (refer to 25 CFR 152.33). However, if the tracts created are not of equal value, it may be necessary that the parties agree to monetary or other compensation to create equal value. Trying to partition land that has too many owners may not be feasible, and the parties may be advised to consolidate land interests (either by gift or purchase) to reduce the number of owners.

- Any co-owner can resist an intruder or evict a trespasser, however, another co-owner may give permission for an outsider (non-owner) to come upon the land regardless of the wishes of any of the other co-owners. This does not include use for long term purposes.

- Any co-owner may bring or defend an action against third parties for enforcement or protection of rights in the property without consent of the other co-owners. However, judgment or settlement would be to the benefit of all co-owners in proportion to their interests in the land.

- A co-owner may appoint another as his/her agent to aid in prevention of waste, trespass, damage to property, etc. However, the appointing co-owner is responsible for that agent's actions.

-2-

- The owner of a life estate has the right to the undisturbed use and occupancy of the property as do the co-owners of the property.  (Life estate tenants are entitled to income derived from the property, see 25 CFR 179).

- The owner of a life estate does not have any right to cause waste (destruction of property, e.g., cutting and selling timber).  The owner of a life estate cannot dictate to the co-owners the management of the common property.

- Future interest-holders (remaindermen as named in a life estate) in the property have the right to protect their interest in the estates and are able to protect their estate against waste.  However, future interest-holders (remaindermen) do not have the right to current use and occupancy of the land without the consent of the life tenant and other co-owners.

- A son/daughter/grandchild or other relative of a co-owner has no legal right to occupy the property unless that right is authorized under a BIA-approved lease.  (Said relatives may be required to pay other co-owners fair-market rental.)

In addition to the above, it is the responsibility of each co-owner to respect the personal rights of others authorized to live on the property regarding access routes, privacy and intrusion over occupied areas and homes or other improvements erected upon the property.

//////////

## CONSENT REQUIREMENTS FOR LEASES

Consent requirements under 25 CFR 162 for leases or other agreements pertaining to allotted trust land:

- for 5 or fewer owners, the applicable percentage of interest required is 90%
- six to 10 owners, the percentage of interest required is 80%
- 11 to 19 owners, the percentage of interest required is 60%
- 20 or more owners, the percentage required is more than 50%

Legend

N

300 ft

Round Valley Reservation

Trespass of Allotment No. 621

Google Earth

©2017 Google



United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Central California Agency
650 Capitol Mall, Suite 8-500
Sacramento, California  95814

IN REPLY REFER TO:
Real Estate Services
540 122,281,293,621,622,1196,1197,1198

JUL − 9 2018

Debra L. Pagal-Saulque
2035 West El Camino Avenue, Apt 195
Sacramento, CA 95833

Dear Ms. Pagal-Saulque:

In response to your inquiry regarding people residing on the 8 Round Valley tracts you have an undivided interest in (122, 281, 293, 621, 622, 1196, 1197 and 1198), we have examined all eight tracts in our system of record (TAAMS) and have found no current residential leases on any of them. This means that no one, including current co-owners, is authorized to live on these tracts, and those that are, are in trespass.

Any co-owner may give permission for an outsider (non-owner) to come upon the land regardless of the wishes of any of the other co-owners, but this does not include use for long term purposes. Although each co-owner has free access to go on and off the common property, this does not include occupancy or prolonged use. And without an approved home site/residential lease, all improvements affixed to the common real property, become the real property and belong to all co-owners in proportion to their undivided interest. I have enclosed a Rights and Responsibilities of Co-owners sheet that explains this in more detail.

In regard to the residential lease regulations you inquired about, I have enclosed copies of 25 CFR 162.005 and 162.012. 25 CFR 162.005 describes who is eligible for a lease to authorize possession of Indian land and when such a lease is necessary, and 25 CFR 162.012 describes the consent requirements for obtaining said lease. The lease described in the aforementioned regulations is for a specific area of property for which the approved lessee would occupy throughout the duration of the lease term, usually 25 years with the possibility of renewal for a total of 50 years. Because most people who obtain this type of property lease do it because they plan to build a house on it, they are commonly called "home site" or "residential" leases.

In your letter you stated that all but the three 70-acre parcels (1196, 1197, and 1198) have people living on them. This means that since there are no residential leases on tract 122, 281, 293, 621, or 622, they are in trespass. Because you are the landowner who is reporting these trespasses, we need you to give us the names and addresses of the people who are trespassing so that we can send out letters notifying them that they are in trespass and need to Cease and Desist use of the

Pagal-Saulque Page | 1

allotment. We have already sent Cease and Desist letters to two different trespassers on tract 540 621, both of which were returned from the post office. So, please send us their information in a letter by mail, email, or by contacting William Young directly by phone.

Finally, you inquired about the existence of agricultural leases on the eight tracts for which you own an interest. The only active agricultural lease is a grazing permit on the three 70-acre tracts: 1196, 1197, and 1198. It expires in 2023.

If you have any questions, please contact William Young, Realty Specialist at 916-930-3749 or email him at william.young@bia.gov.

Sincerely,

Troy Burdick
Superintendent

FILED

MAY 18 2018

CLERK OF THE COURT
ROUND VALLEY TRIBAL COURT

To WHOM IT MAY CONCERN,

MY NAME IS LUIS JOHN OLIVER, SON OF THE LATE JOHN FRANKLIN OLIVER ▓▓. I HAVE LIVED WITH MY FATHER NEARLY ALL OF MY LIFE UNTIL HIS RECENT PASSING AND WOULD SEE IT NO OTHER WAY. THE DAY WHICH I WISH I WOULD HAVE NEVER HAD TO EXPERIENCE CAME ON OCTOBER 25, 2017 WHEN MY FATHER DIED. THIS WAS BY FAR ONE OF THE MOST PAINFUL TIMES OF MY LIFE, AND THAT PAIN IS STILL FRESH IN MY HEART. I AM TRYING MY BEST TO CARRY ON WITH LIFE WITHOUT MY FATHER AROUND AND TO DO WHAT I NEED TO DO TO SUPPORT MY FAMILY AT ALL COSTS.

ME, MY DAD, MY WIFE AND KIDS, AS WELL AS MY STEP-MOTHER HAVE BEEN LIVING ON OUR ALLOTED LAND FOR OVER A DECADE NOW AND STILL RESIDE THERE TO THIS DAY. WE HAVE BEEN SERVED WITH A 'NOTICE OF TRESSPASS' ON TRIBAL LAND, OUR LAND, AND FIND IT TO BE VERY DISRESPECT-FUL. I LUIS JOHN OLIVER HAVE LIVED ON THE RESERVATION FOR ALL OF MY LIFE. I AM NOW 31 YRS OLD. AS A TEEN ME, MY BROTHER, AND MY DAD LIVED ON WYLACKI ROAD. DURING THAT TIME MY FATHER ENDED UP HAVING TO SERVE A 2 YEAR SENTENCE IN FEDERAL PRISON. IT WAS THEN AT THAT TIME THAT OUR HOUSE WAS BOUGHT OUT FROM UNDER US AND ME AND MY BROTHER ENDED UP ON THE STREETS WITH NO HOME. OUR MOTHER HAD ALREADY BECOME DECEASED IN 1997 SO GOING TO LIVE WITH HER WAS NOT AN OPTION. I BECAME VERY UPSET ON THE DAY THAT I WAS TOLD THAT SOMEBODY

②

HAD BOUGHT OUR HOME AND WE COULD NO LONGER STAY THERE. ONCE MY FATHER RETURNED FROM PRISON HE WAS ABLE TO BUY A SMALL TRAILER WHICH HE MOVED TO MY UNCLE GARY OLIVER'S PROPERTY LOCATED ACROSS THE STREET FROM MY CURRENT RESIDENCE. WHEN WE GOT THE PROPERTY THAT I'M AT NOW, IT WAS VERY OVERGROWN WITH VEGETATION AND ME AND MY FATHER DID A LOT OF WORK TO GET IT TO A PRESENTABLE STATE. WE ALSO CLEARED A SPACE TO PUT A LARGER TRAILER THAT WE WERE ABLE TO ACQUIRE LATER ON DOWN THE ROAD AND IS STILL THERE TO THIS DAY. MY MOTHER (STEP) AND MY OLDEST SON RESIDE IN SAID TRAILER. ME, AND MY WIFE JESSICA DAWN HOAGLEN-OLIVER, AND MY OTHER KIDS ALL LIVE IN THE SLIVER HOUSE NEXT TO THE TRAILER ON THE SAME LOT # 621,540. WHEN MY DAD PASSED AWAY HE LEFT BEHIND THE TRAILER TO MY STEP-MOTHER ALONG WITH HIS POSSESSIONS. IT HAS BEEN A DIFFICULT TIME IN GRIEVING FOR ALL OF US HERE, AND ALL THAT WE ASK IS TO NOT BE DISTURBED DURING OUR TIME OF GRIEVING. NOW, MR. FRANK PACINO HAS COME TO OUR PROPERTY THE DAY FOLLOWING MY FATHERS DEATH WITH ACCUSATIONS THAT ME LUIS JOHN OLIVER, MY WIFE JESSICA DAWN HOAGLEN-OLIVER, MY STEP-MOTHER KATHY SANCHEZ FREEMAN OLIVER, MY BROTHER FRANKLIN IRONBEAR OLIVER, AS WELL AS MY FOUR CHILDREN ARE ALL TRESSPASSING, AND THAT THE SPOKEN LAND BELONGS TO HIM. I FIND THIS PERTICULARY DISRESPECTFUL AT SUCH A TIME IN OUR LIVES. MR. PACINO ALSO STATES THAT I AM TRESSPASSING ON

③

TRIBAL LAND. I ALSO FIND THIS TO BE DISTURBING AS
WELL AS DISRESPECTFUL. MY TRIBAL NUMBER IS 086043
AS I HAVE BEEN A TRIBAL MEMBER FOR MY ENTIRE
LIFE. MR. PACINO ALSO INCLUDES IN HIS STATEMENT THAT
I LOUIS JOHN OLIVER, AND MY BROTHER FRANKLIN IRON-
BEAR OLIVER HAVE THREATEND TO PHYSICALLY ASSAULT
HIM. THIS BOTHERS THE BOTH OF US AS WELL AS OTHER
GRIEVING FAMILY MEMBERS AS IT IS NOT A TRUE
STATEMENT. WE WISH MR. PACINO NO HARM, JUST DON'T
UNDERSTAND HIS STANDPOINT OR HIS TIMING.
MR. PACINO HAS ALSO MADE COMMENTS REGARDING MYSELF
AS WELL AS MY DECEASED FATHER AS HAVING "PRISON
MENTALITIES" DUE TO OUR BUILDING OF A HIGH FENCE FOR
PRIVACY ON THE PROPERTY. THIS I FIND TO BE ILL-MANNERD
DUE TO MR. PACINO'S TROUBLED PAST. FOR I CAN RECALL
A TIME WHEN HE HIMSELF FACED TIME IN PRISON, YET
RAN OFF TO THE MARINE CORP THIS MAN HAS NO ROOM
TO SPEAK DOWN ON MY FAMILY, ESPECIALLY DURING SUCH
A HARD TIME FOR US. MR. PACINO'S MOTHER VALERIE SMITH
HAS COME TO VISIT ME HERE IN THE MENDOCINO COUNTY JAIL
WITHOUT MY PRIOR KNOWLEDGE OF SUCH A VISIT. THESE VISITS
ARE LIMITED TO ONE PER WEEK AND MUST BE SCHEDUALED.
THUS TAKING AWAY AN ALLOTTED TIME WHICH WOULD HAVE
BEEN SPENT WITH OTHER GRIEVING FAMILY MEMBERS. MRS.
SMITH HARRASSED ME WITH SIMILAR ALLUSATIONS AT THIS
VISIT STATING THAT I OWN NOTHING AND THE LAND
BELONGS TO SOMEONE ELSE. AT THAT POINT I HUMBLY
ASKED MRS. SMITH TO LEAVE ME ALONE AND NOT COME

④

BACK TO BOTHER ME WITH SUCH THINGS. AGAIN I AM
STILL IN A DELICATE STATE, MY TIME OF GRIEVING OVER
MY FATHER'S DEATH IS STILL VERY MUCH IN EFFECT
AND ALL THAT I WISH FOR IS TO RESPECTFULLY BE
GIVEN THIS TIME, AS LONG AS IT MAY TAKE TO DO SO.
WHAT I DO NOT WISH IS FOR MR. PACINO OR ANYONE
ELSE TO CONTINUOUSLY BOTHER AND HARRASS ME OR
ANY OTHER OF MY FAMILY MEMBERS AT THIS TIME.
THE LAST TIME I HAD CONTACT WITH MR. PACINO PRIOR
TO MY FATHER'S DEATH WAS NEARLY 20 YEARS AGO I
BELIEVE IN 1999. FOR HIM TO RESURFACE ONLY A
DAY AFTER MY DAD HAD DIED WITH SUCH ILL-REGARDED
AND DISRESPECTFUL INTENT, I FIND TO BE VERY,
VERY DISTURBING.
THIS PROPERTY BEING SPOKE OF IS WHERE ME AND MY FAMILY
HAVE MADE HOME, WE HAVE DONE MANY IMPROVEMENTS, AS
WELL AS MAINTAINED IT FOR QUITE SOME TIME NOW,
NEARLY TEN YEARS MYSELF. WE DO NOT WISH TO HAVE
MR. PACINO LURKING AROUND OUR HOME TAKING PICTURES
OF GOD KNOWS WHAT, NOR DO WE WISH TO BE DISTURBED
WITH HIS ACCUSATIONS OF TRESSPASSING, OR HEAR OF
HIS DEGRADING OPINION OF ANY ONE OF US WHILE WE
GRIEVE OUR LOSS OF AN IMPORTANT AND INFLUENCIAL
MEMBER OF OUR FAMILY.

RESPECTFULLY,

[signature]



540-621;  540-622

COVELO CALIFORNIA

OCT. 30, 1950

AGREEMENT

I, Ida Soares, of the Covelo Indian Community;  Agree to pay
to the Covelo Indian Community the sum of $200.00.  For the larg-
er portion of the Old White House, located on White Ranch.

It is also agreed to board up East End of the other portion
of said House.

It is also agreed to pay to the Covelo Indian Community the
sumof $100.00 on signing agreement.  The portion, the sum of $100.00
to be paid before the said House is removed.

*Ida M. Soares*
Signed

*Robert Hanover*
*Pres Covelo Comm. Council.*

```
DATE:    7/27/2012                                                              PAGE:        1
TIME:    19:37:32 CST                                               REQUESTOR: PEAGLETA

                        BUREAU OF INDIAN AFFAIRS
                  INDIVIDUAL/TRIBAL INTERESTS REPORT
                         ALL TITLE HOLDINGS
                  MULTIPLE INTEREST ARE AGGREGATED

--- OWNER ----
TRB  CL NUMBER        TRIBE NAME      BIRTHDATE: 09/05/1980  DEATHDATE:
540  U  003448        ROUND VALLEY - CA

-------------------------------- NAMES OR ALIASES --------------------------------
LAST NAME                            FIRST NAME              MIDDLE NAME
PACINO                               FRANK                   R
PICENO                               MANUEL
PICENO                               FRANK                   ALONZO
PACINO                               FRANK                   RANDALL
PICENO, JR                           MANUEL                  ALONZO

---- TRACT ID ----- TITLE                                        ------ DATE OF LAST ------
LAC  PFX NUMBER SFX PLANT          LAND AREA      RESOURCES        EXAM DATE    VERIFY DATE
540      621        SACRAMENTO, CA ROUND VALLEY   Both (Mineral and 05/08/2012   05/08/2012
                                                  Surface)

          RICHARD WILLITS
          ** ORIGINAL ALLOTTEE **

SEC  TOWNSHIP  RANGE   COUNTY        ST MERIDIAN     LEGAL DESCRIPTION     SECTION     CUMULATIVE
                                                                          ACRES        ACRES
36   023.00N   013.00W MENDOCINO     CA Mount Diablo        LOT 17        10.000       10.000

                                               TOTAL SECTION ACRES:      10.000       10.000

-- OWNER --  --- DOCUMENT ---  NAME IN WHICH                          AGGREGATE SHARE    AGGREGATE
TYP OT INT CLS TYP NUMBER      FIRST ACQUIRED    FRACTION ACQUIRED    CONVERTED TO LCD    DECIMAL
 I  T  A  11  TS  P000007845 PACINO FRANK R              2491                2491
                                                        31680          31680 .0786300505
```

                        * * * * END OF REPORT * * * *