FRANK PACINO
Post Office Box 945
Ukiah, California 95482
Mobile: (619) 957-2490
Email: fpac422@lasierra.edu

PLAINTIFF, *In Propria Persona*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK PACINO,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>LUIS OLIVER, et al.,<br><br>　　　　Defendants. | Case No. 18-CV-06786-RS<br><br>**STATUS REPORT: PLAINTIFF FRANK PACINO'S APPELLANT BRIEF DENIED BY ROUND VALLEY INDIAN TRIBES TRIBAL COURT OF APPEALS; REQUEST PROCEEDINGS CONTINUE IN UNITED STATES DISTRICT COURT** |

　　　　Plaintiff Frank Pacino, pursuant to the Order issued by this United States District Court (Electronic Case File Document No. 90), filed his NOTICE OF APPEAL in the Court of Appeals for the Round Valley Indian Tribes, Round Valley Indian Reservation, Covelo California. This Notice of Appeal was returned, and stamped: "This Notice of Appeal is untimely, and, therefore DENIED. The Clerk shall not assign this matter a case number, and the

PLAINTIFF FRANK PACINO'S APPELLANT BRIEF DENIED BY
ROUND VALLEY INDIAN TRIBES TRIBAL COURT OF APPEALS; REQUEST
PROCEEDINGS CONTINUE IN UNITED STATES DISTRICT COURT

1

filing and any filing fee shall be returned to Plaintiff immediately." (Round Valley Indian Tribes Court of Appeals [Effective January 20, 2015) Rule 3 Time Period of Appeal (c)(i)).

The plaintiff obeyed the Order of this United States District Court, and in consideration of the denial of his Notice of Appeal in the Court of Appeals for the Round Valley Indian Tribes, he requests the Stay be lifted, and proceedings in this matter continue in this United States District Court.

Dated this 13th day of April, 2022

Respectfully Submitted:



**FRANK PACINO**
Plaintiff, *In Propria Persona*
Post Office Box 945
Ukiah, California 95482
Mobile: (619) 957-2490
Email: fpac422@lasierra.edu

PLAINTIFF FRANK PACINO'S APPELLANT BRIEF DENIED BY
ROUND VALLEY INDIAN TRIBES TRIBAL COURT OF APPEALS; REQUEST
PROCEEDINGS CONTINUE IN UNITED STATES DISTRICT COURT

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

    I am a citizen of the United States of America, over the age of 18 years old, and not a party to the above-entitled action. My mailing address is: Post Office Box 945, Ukiah, California 95482.

    On Wednesday, April 13, 2022, Plaintiff Frank Pacino electronically filed via the Court's CM/ECF system, and caused to be served the following documents in *Frank Pacino v. Luis Oliver, et. al.*, Case Number: 3:18-CV-06786-RS:

**PLAINTIFF FRANK PACINO'S APPELLANT BRIEF DENIED BY ROUND VALLEY INDIAN TRIBES TRIBAL COURT OF APPEALS; REQUEST PROCEEDINGS CONTINUE IN UNITED STATES DISTRICT COURT**

By depositing a copy in the United States mail at Ukiah, California. The envelope was sealed and deposited in the mail with the postage thereon fully prepaid, and addressed as follows:

Luis Oliver, #26204-11  
U.S.P. Atwater  
U.S. Penitentiary  
P.O. Box 019001  
Atwater, California 95301  
Defendant, Pro Se

Jessica Hoaglen-Oliver  
P.O. Box 830  
Covelo, California 95428  
Defendant, Pro Se

David B. Dehnert  
DEHNERT LAW, PC  
475 Washington Boulevard  
Marina Del Rey, California 90292  
Attorney for Defendant Catherine Sanchez Freeman Oliver

I declare under penalty that the foregoing is true and correct, and that this Declaration was executed on Wednesday, April 13, 2022, at Ukiah, California.



FRANK PACINO