UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PACINO,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS OLIVER, et al.,<br><br>    Defendants. | Case No. 18-cv-06786-RS<br><br>**ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED** |

This case was previously stayed because Plaintiff had not exhausted his case in tribal court. Plaintiff now affirms he has done so. THE COURT hereby issues an ORDER TO SHOW CAUSE why the stay should not be lifted. Defendants' response shall be due by June 2, 2022. Plaintiff's response shall be due by June 16, 2022. The matter shall be heard on June 30, 2022, at 1:30 PM, by videoconference.

**IT IS SO ORDERED**.

Dated: May 19, 2022

_____
RICHARD SEEBORG
Chief United States District Judge