UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PACINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS OLIVER, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06786-RS (DMR)<br><br>**ORDER TO SHOW CAUSE AND SCHEDULING SETTLEMENT STATUS CALL** |

A settlement status call was scheduled for November 16, 2022 at 9:30 a.m. in the above-entitled case. No appearance was made on behalf of Defendant Oliver. Therefore, IT IS HEREBY ORDERED that **by November 21, 2022**, Defendant Oliver shall submit a statement explaining why sanctions should not be issued for the failure to appear. In addition, a 15-20 minute settlement status call with Plaintiff Pacino and counsel for Defendant Oliver shall take place on **November 28, 2022 at 9:30 a.m**. Participants will receive call-in credentials by email.

**IT IS SO ORDERED.**

Dated: November 16, 2022

DONNA M. RYU
United States Magistrate Judge